William D. Hyslop
United States Attorney
Eastern District of Washington
Thomas. J. Hanlon
Richard C. Burson
Assistant United States Attorneys
402 E. Yakima Avenue, Suite 210
Yakima, Washington  98901
(509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 07, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

CLIFTON FRANK PETER,

Defendant.

1:20-CR-2024-SAB

INDICTMENT

Vio: 18 U.S.C. §§ 1111, 1153
First Degree Murder
(Counts 1, 3)

18 U.S.C. § 924(c)(1)(A)(iii)
Discharge of a Firearm During a Crime of Violence
(Counts 2, 4)

18 U.S.C. §§ 1111, 1153
Second Degree Murder
(Count 5)

18 U.S.C. § 924(d)(1),
28 U.S.C. § 2461(c)
Forfeiture Allegations

The Grand Jury charges:

COUNT 1

On or about June 1, 2020, in the Eastern District of Washington, within the external boundaries of the Yakama Nation Indian Reservation, in Indian Country,

INDICTMENT                                   1

the Defendant, CLIFTON FRANK PETER, an Indian, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill O.V. by shooting him with a shotgun; all in violation of 18 U.S.C. §§ 1111, 1153.

## COUNT 2

On or about June 1, 2020, in the Eastern District of Washington, the Defendant, CLIFTON FRANK PETER, during and in relation to a crime of violence, for which he may be prosecuted in a court of the United States, to wit: First Degree Murder, in violation of 18 U.S.C. §§ 1111, 1153, as alleged in Count 1 of this Indictment, did knowingly use, carry, brandish, possess, and discharge in furtherance of the First Degree Murder, a firearm, all in violation of 18 U.S.C. § 924(c)(1)(A)(iii).

## COUNT 3

On or about June 1, 2020, in the Eastern District of Washington, within the external boundaries of the Yakama Nation Indian Reservation, in Indian Country, the Defendant, CLIFTON FRANK PETER, an Indian, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill I.G. by shooting her with a shotgun; all in violation of 18 U.S.C. §§ 1111, 1153.

## COUNT 4

On or about June 1, 2020, in the Eastern District of Washington, the Defendant, CLIFTON FRANK PETER, during and in relation to a crime of violence, for which he may be prosecuted in a court of the United States, to wit: First Degree Murder, in violation of 18 U.S.C. §§ 1111, 1153, as alleged in Count 3 of this Indictment, did knowingly use, carry, brandish, possess, and discharge in furtherance of the First Degree Murder, a firearm, all in violation of 18 U.S.C. § 924(c)(1)(A)(iii).

INDICTMENT    2

COUNT 5

On or about June 1, 2020, in the Eastern District of Washington, within the external boundaries of the Yakama Nation Indian Reservation, in Indian Country, the Defendant, CLIFTON FRANK PETER, an Indian, with malice aforethought, did unlawfully kill J.G. by shooting him with a shotgun; all in violation of 18 U.S.C. §§ 1111, 1153.

NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense(s) in violation of 18 U.S.C. § 924(c)(1)(A)(iii), as set forth in Counts 2 and 4 of this Indictment, the Defendant, CLIFTON FRANK PETER, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense(s), including, but not limited to: a 12 Gauge, Stevens Model 67. Series E, Savage Arms, Serial Number E257517

DATED:  July 7, 2020

_____
Foreperson

*William D. Hyslop* (signature)
William D. Hyslop
United States Attorney

*Thomas J. Hanlon* (signature)
Thomas J. Hanlon
Assistant United States Attorney

*Richard C. Burson* (signature, for)
Richard C. Burson
Assistant United States Attorney

INDICTMENT                                    3