PENALTY SLIP

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 07, 2020

SEAN F. McAVOY, CLERK

DEFENDANT NAME:   **CLIFTON FRANK PETER**

TOTAL NO. COUNTS:  5

VIO:   **18 U.S.C. §§ 1111, 1153**
   **First Degree Murder (Counts 1, 3)**

PENALTY:   **CAG no less than life;**
   **and/or $250,000 fine;**
   **a $100 special penalty assessment.**

VIO:   **18 U.S.C. § 924(c)(1)(A)(iii)**
   **Discharge of a Firearm During a Crime of Violence  (Counts 2, 4)**

PENALTY:   **CAG not less than 10 years and up to life;**
   **and/or $250,000 fine;**
   **not more than 5 years supervised release;**
   **a $100 special penalty assessment.**

VIO:   **18 U.S.C. §§ 1111, 1153**
   **Second Degree Murder (Count 5)**

PENALTY:   **CAG up to life;**
   **and/or $250,000 fine;**
   **not more than 5 years supervised release;**
   **a $100 special penalty assessment**

CASE NO.   1:20-CR-2024-SAB-1

AUSA INITIAL   TJH/RCB

Clifton James Peter Penalty Slip