Jennifer R. Barnes
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Stanley A. Bastian

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Clifton Frank Peter,<br><br>　　　　　　　　　　Defendant. | No.  1:20-CR-2024-SAB<br><br>**Notice of Certification** |

　　Please take notice that undersigned counsel has mailed copies of the following documents to the defendant. Counsel is mailing the documents due to current restrictions on in-person visitation with in-custody defendants.

　　Indictment & Penalty Slip

Dated: July 13, 2020.

Notice of Certification: 1

By <u>s/ Jennifer R. Barnes</u>
Jennifer R. Barnes, 23664
Federal Defenders of Eastern
Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
(509) 248-9118 fax
Jennifer_Barnes@fd.org

**Certificate of Service**

I hereby certify that on July 13, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following: Richard C. Burson, Assistant United States Attorney.

<u>s/ Jennifer R. Barnes</u>
Jennifer R. Barnes

Notice of Certification: 2