# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>                                                  Plaintiff,<br>-vs-<br>CLIFTON FRANK PETER,<br><br>                                                  Defendant. | Case No.         1:20-CR-2024-SAB-1<br><br>**CRIMINAL MINUTES**<br><br>DATE:          AUGUST 10, 2021<br><br>LOCATION:  Yakima<br><br>**CHANGE OF PLEA HEARING** |
|---|---|

| Hon. Stanley A. Bastian |||
|---|---|---|
| Linda Hansen | 03 | Marilynn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Thomas J Hanlon and Richard Burson || John Barto McEntire IV and Houston Goddard |
| **Government Counsel** || **Defense Counsel** |
| **United States Probation Officer:** |||

**[ X ]  Open Court**           **[  ]  Chambers**           **[  ]  Telecon/Video**

Defendant present and in custody of the US Marshal.

Tom Hanlon advised that Federally Certified Spanish Interpreter, Cristina Perez-Lopez, is present and interpreting for one of the victim's family members who are present in the courtroom.

An original signed Plea Agreement was provided to the Court.

Oath administered to defendant for change of plea.  The defendant confirmed his true and correct name.

The Court advised the Defendant of rights given up by entering a guilty plea including the right to a jury trial. The Court confirmed Defendant's understanding of the elements and facts depicted in the Plea Agreement, which would need to be proven to obtain a conviction. The Court confirmed with Mr. Hanlon that the Defendant's responses to the Court's questions are sufficient for the Government's purposes.  The Court advised the Defendant that he will be giving up certain rights to appeal.  The Defendant agreed to abandon any rights to the firearm.   Restitution may be determined at a later time.

Defendant pleaded guilty to Counts 1 & 3 (lesser included offense of Second Degree Murder) and Count 5 of the Indictment. The Court accepted Defendant's guilty plea. The Court finds the defendant fully competent and aware of the charges against him; and that his plea is knowing and voluntary.

**[ X ]  ORDER FORTHCOMING**

| **CONVENED:**  1:03 P.M. | **ADJOURNED:**  1:39 P.M. | **TIME:** 36 MINS. | **CALENDARED**    [  ] |
|---|---|---|---|

The Court ordered a presentence investigation report and set sentencing for **12/1/2021 at 9:00 a.m**.

The defendant was remanded to the custody of the US Marshal pending sentencing.