

John B. McEntire, IV
*Senior Litigator*
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
Attorney for Clifton F. Peter

United States District Court
Eastern District of Washington
Honorable Stanley A. Bastian

| | |
|---|---|
| United States, | No. 2:20-CR-2024-SAB-1 |
| Plaintiff, | Declaration of John B. McEntire, IV |
| v. | |
| Clifton Frank Peter, | |
| Defendant. | |

I, John B. McEntire, IV, state the following:

1. I am over the age of eighteen (18) and competent to testify.

2. I am appointed to represent Clifton Peter.

3. Attached as Exhibit A is a true and correct copy of a letter from Lt. Earnest Coxen from the Yakima County Department of Corrections. In that letter, Lt. Coxen states Mr. Peter is participating in a new mental health program offered at the jail, and his programming is going quite well.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.[1]

Dated: August 17, 2022

s/ John B. McEntire, IV

---

[1] *See* 28 U.S.C. § 1746.

Declaration of John B. McEntire, IV

– 1 –

Service Certificate

I certify that on August 17, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: Tom Hanlon.

s/ John B. McEntire IV
John B. McEntire, IV, WSBA #39469
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
jay_mcentire@fd.org